IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CLICK-TO-CALL TECHNOLOGIES LP, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 1:12-cv-468-SS |
| ORACLE CORPORATION, THE HARTFORD FINANCIAL SERVICES GROUP, INC., BMO HARRIS BANK, N.A., ALLSTATE INSURANCE COMPANY, ESURANCE INSURANCE SERVICES, INC., DELL, INC., HSBC FINANCE CORPORATION, MACY'S INC. and CARNIVAL CRUISE LINES, | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## ORDER GRANTING AGREED MOTION TO CLARIFY AND CORRECT ALLSTATE AND ESURANCE PARTY NAMES

Plaintiff Click-to-Call Technologies, LP's Agreed Motion to Clarify and Correct Allstate and Esurance Party Names is hereby GRANTED.

It is therefore ORDERED that Defendant Allstate Insurance Company be substituted for Defendant The Allstate Corporation and Defendant Esurance Insurance Services, Inc. be substituted for Defendant Esurance in this case. It is further ORDERED that the docket and caption in this case be amended to reflect these changes, as reflected in the above caption of this Order.

Dated: _July 12_ 2012.

_Sam Sparks_
The Honorable Sam Sparks